# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Concert Technologies | ) | ASBCA No. 59396 |
| | ) | |
| Under Contract No. M00681-13-F-0147 | ) | |

APPEARANCE FOR THE APPELLANT:     Jason R. Collins, Esq.
    Frias Daisy Collins, LLP
    Dulles, VA

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
    Navy Chief Trial Attorney
    Pamela J. Nestell, Esq.
    Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 180 days of the date of this Order.

Dated: 6 February 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59396, Appeal of Concert Technologies, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals